UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMADOCI SANKARA
1818 HAZEN STREET
EAST ELMHURST NY 11370

**15CV 8471**

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

ICE POLICE OFFICER WHO
DETAINER ME INCARCERATED
UNLAWFULLY IN DETENTION
BAFALO BATAVIA NEW YORK
FEDERAL DETENTION ARREST
DATE 2013-02-04 ARREST CASE
NUMBER #162527387 ARREST
AGENCY N.Y ICE 1200 ARREST

ET AL.,

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

2015 OCT 27 PM 3:18
RECEIVED
SDNY PRO SE OFFICE

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name    AHMADOCI SANKARA
               ID #    349150270g • IMMIGRATION CASE • ALIEN-975288$
               Current Institution  1818 HAZEN STREET
               Address   EAST ELMHURST NEW YORK 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  ICE POLICE OFFICER IMMIGRATION Sniet
                   Where Currently Employed  WORK BAFALO BATAVIA
                   Address  NEW YORK FEDERAL DETENTION

Rev. 05/2010

1

Defendant No. 2      Name _____ Shield #_____
                     Where Currently Employed _____
                     Address _____
                     _____

Defendant No. 3      Name _____ Shield #_____
                     Where Currently Employed _____
                     Address _____
                     _____

Defendant No. 4      Name _____ Shield #_____
                     Where Currently Employed _____
                     Address _____
                     _____

Defendant No. 5      Name _____ Shield #_____
                     Where Currently Employed _____
                     Address _____
                     _____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     ICE Federal detention center Batavia, New York 14020

B.   Where in the institution did the events giving rise to your claim(s) occur?
     N/A

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     02/04/13

Rev. 05/2010                                    2

D. Facts:

*What happened to you?*

I was ordered to be deported & at that point the ICE officer asked me for my passport. He got my passport & He was trying to get my travel documents from my embassy to remove me. He was unable to get my travel documents within 90 days which means I was supposed to be released. I

*Who did what?*

was not released & was given another 90 days of unlawful detention. I was not released after 180 days & was given another 90 days of unlawful detainment.

*Was anyone else involved?*

Before my 270th day I put in a Habeas Corpus at which point my Federal Judge released me. The ICE arrest case # 162527387 / Arresting agency NYICE 1200. My alien # 097528851

USC title 18> part 1 chapter 13 §242 Deprivation of rights under color of law.

*Who else saw what happened?*

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I sustained injuries due to pain and suffering from mental anguish. Because of my unlawful detention I was taking a lot of medication for my depression.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

Rev. 05/2010                    3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s): ICE/ERO Batvia Detention F., NY ICE ROO Bativia New York 14020

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes  X   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No X   Do Not Know ___

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes X   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?   YES

   1. Which claim(s) in this complaint did you grieve?  COMPLAINT · MY LEGAL PAPES UNLAWFULLY DETAINER

   2. What was the result, if any?  NO REZORF

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.  I WRITE IMMIGRATION IN WACHINTON DC

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:  N/A

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010                            4

when and how, and their response, if any: ~~NO RESET~~ N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. N/A

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am seeking monetary compensation in the sum of $7,000,000 dollars. Because I was unlawfully detained which resulted into me suffering mental anguish. This constitutes cruel and unusual punishment. I would also like to be granted citizenship plus my green card.

VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

On these claims

Rev. 05/2010

5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  N/A

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____ No ✓

[On other claim]

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  N/A

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was it in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of OCTOBER, 2015.

Signature of Plaintiff  SANKARA AHMADOU
Inmate Number  349/502709
Institution Address  1818 HAZEN STREET
EAST ELMHURST
NEW YORK 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 17 day of OCTOBER, 2015 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: SANKARA AHMADOU

Rev. 05/2010

7



AHMADOU.SANKARA
34950 2705
1818 HAZEN STREET
EAST ELMHURST
NEW YORK 11370

LEGAL MAIL RECEIVED
SDNY PRO SE OFFICE
2015 OCT 27 PM 3:18

PRO SE DOCK
10/21/15 CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET, NEW YORK, NY 10007-

LEGAL MAIL

USMp3 SDNY