15 CV 7761
15 CV 6928
15 CV 8392
15 CV ~~8820~~ 8470
15 CV ~~8871~~ 8471

Sankara, Ahmadou
Bk# 3491502709
18-18 Hazen St. East Elmhurst
NY 11370 C95 A.M.K.C.

To: Chief United States District Judge: Loretta A. Preska.

I'm writing you this letter about my situation on Rikers Island. I have a lot of problems going on with me. I put in a few claims and New York State never gave me any claim numbers. An accident happened Aug 29th 2015 I put in a claim and I received a claim number 2015PIO28549 10/7/15 is when I received the claim number. On Oct 13th 2015 I received a paper for the same claim 2015PIO28549 that it was Disallowance- over 90 days. I put that claim in September 18th 2015. You can look at my paper work and you'll see I have the 2 papers with the same claim #'s. I'm afraid I don't know what that means and I know to my-self its not over 90 days and I believe I'm eligaly Detaine. You can look into my lawsuit files and the letter I send to my wife and children I'm afraid. I want you Loretta A. Preska to be my witness because if anything happens to me in the correction system or in the streets of New York I will like for you to make sure my lawsuits go to my wife and children here and in Africa. Read all my letters you will understand. Thank you very much.

And my family in Africa. God Bless you

SANKARA AHMADOU

RECEIVED SDNY PRO SE OFFICE 2015 NOV -6 PM 2:



THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET ROOM 1200
NEW YORK, N.Y. 10007-2341

WWW.COMPTROLLER.NYC.GOV

015 - 151

**Scott M. Stringer**
COMPTROLLER

*SEM ONE*
*LAWYER·NASS*
*718 775 3246*

Date: 10/07/2015
Claim No: 2015PI028549
RE: Acknowledgment of Claim

SANKARA AHMADOU 3491502709
18-18 HAZEN ST
EAST ELMHURST, NY 11370

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims, or 212-669-4426 for claims involving personal injury.

Sincerely,

Bureau of Law & Adjustment



**THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER**
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

**Scott M. Stringer**
COMPTROLLER

015 - 155

*[handwritten: 1 SEMONE LAWYER NASS 7187753246]*

Date: 10/13/2015
RE: Disallowance-Over 90 Days

SANKARA AHMADOU 3491502709
Claim number: 2015PI028549

SANKARA AHMADOU 3491502709
18-18 HAZEN ST
EAST ELMHURST, NY 11370

Dear Claimant:

We regret to inform you that your claim has been disallowed. Your claim was not filed within 90 days from the date of occurrence as required by the General Municipal Law Section 50-e. Claims must be filed with either the New York City Office of The Comptroller, the New York City Law Department, the New York City Board of Education or the New York City Health and Hospitals Corporation, depending on the substance of the claim.

If you have been scheduled for a Comptroller's hearing (50-h, General Municipal Law), please deem the hearing canceled.

Very truly yours,

DAVID BARBARO Proxy For KRYSTYNA
BORKOWSKA..

Bureau of Law & Adjustment

PERSONAL INJURY
(212) 669-~~4445~~ 2319

**NYSID No:** 11802841J  **B&C No:** 3491502709

**SANKARA, AHMADOU**
2350 DAVIDSON AVE, BX, NY 10468

**DOB:** 07/18/1970  **Age:** 45 Y  **Sex:** male

**Primary Insurance:**
**PCP:**

**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Allergies :** Sustiva - dizziness

**Medications**

| Name strength formulation, Sig: take route frequency |
| --- |
| Metamucil 30.9 % Powder, Sig: 1 packet Orally Daily Start Date: 08/28/2015 |
| Multiple Vitamin APP Tablet, Sig: 1 tab Orally Daily Start Date: 08/26/2015 |
| Remeron 15 MG Tablet, Sig: 1 tab Orally At Bedtime Start Date: 08/22/2015 |
| DiphenhydrAMINE HCl 25 MG Capsule, Sig: 1 cap Orally At Bedtime Start Date: 08/22/2015 |
| Norvir 100 mg Tablet, Sig: 1 tab Orally Daily Start Date: 08/20/2015 |
| Truvada 200-300 MG Tablet, Sig: 1 tab Orally Daily Start Date: 08/20/2015 |
| Reyataz 300 MG Capsule, Sig: 1 tab Orally Daily Start Date: 08/20/2015 |
| Omeprazole 20 mg Capsule Delayed Release, Sig: 1 tab Orally Daily Start Date: 08/19/2015 |
| Tylenol 325 MG Tablet, Sig: 1 tab Orally Every 12 Hours Start Date: 09/04/2015 |



**NEW YORK CITY HEALTH AND HOSPITALS CORPORATION**

nyc.gov/hhc
**Correctional Health Services**

# SANKARA, AHMADOU

NYSID: 11802841J BookCase: 3491502709
Facility Code: AMKC Housing Area: W17LA
45 Y old Male, DOB: 07/18/1970
2350 DAVIDSON AVE, BX, NY-10468

Insurance: Self Pay

Appointment Facility: Anna M. Kross Correctional Facility

09/03/2015

Appointment Provider: Roman Trojanowski, LCSW

### Current Medications
Omeprazole 20 mg Capsule Delayed Release 1 tab Daily, stop date 09/18/2015
Reyataz 300 MG Capsule 1 tab Daily, stop date 10/19/2015
Truvada 200-300 MG Tablet 1 tab Daily, stop date 10/19/2015
Norvir 100 mg Tablet 1 tab Daily, stop date 10/19/2015
DiphenhydrAMINE HCl 25 MG Capsule 1 cap At Bedtime, stop date 09/19/2015
Remeron 15 MG Tablet 1 tab At Bedtime, stop date 09/19/2015
Multiple Vitamin APP Tablet 1 tab Daily, stop date 11/24/2015
Metamucil 30.9 % Powder 1 packet Daily, stop date 09/11/2015

### Past Medical History
2012- s/p GSW to abdomen. Lincoln Hospital
Heartburn
Heartburn
Adjustment disorder with mixed anxiety and depressed mood
Mood disorder NOS
Diagnosis deferred
Gastritis, unspecified, without mention of hemorrhage
Abnormal findings NEC
Bronchitis, not specified as acute or chronic
Insomnia
Drug addiction NOS
Allergy, unspecified
BMI 27.0-27.9,ADULT
MENTAL DISOR NOS OTH DIS
Diagnosis deferred

### Allergies
Sustiva: dizziness: Side Effects

### Reason for Appointment
1. MH Clinicians Progress Note

### History of Present Illness
TEMPLATES:

    MH CLINICIANS PROGRESS NOTE
SUBJECTIVE:
    Subjective
    = Patient states, "Something happened in the gym on the 29 th." Pt reports he was inappropriately touched on 8-29-15 at approx 8 to 9 am. Pt reports he was directed by DOC to go to gym for search. Pt was asked to remove clothing. Pt reports Capt Palrshy and additional C. O. staff emebers were in the AMKC gym. Pt reports that one CO who pt can not ID by name of face inserted his finger into pts rectum during search. Pt reports feeling traumatized. , Pt reports good compliance without adverse side effects., Pt request to continue medications, Pt coping well., Pt interacts w/o incident in MH clinic, Pt denies any SI HI AH VH PI, Pt wants to continue w MH tx, Pt does not pose an imminent risk to himself or others at this time. , Chart Reviewed. MHP consulted with MD who examined pt on this incident and who ref pt to MH eval.
    Last TPR done 8-24-15. Last psych med review 8-22-15
RE-REFERRAL REMINDER:
    Re-Referral Reminder <u>RE-REFERRAL TO DISCHARGE PLANNING SHOULD HAPPEN IF - Change in the client's status that will impact their discharge plan: Homelessness, SMI status, hospital return, sentencing, civil commitment, and/or desire to accept an entitlement service or any discharge planning service that was previously declined.</u>
MENTAL HEALTH -- CURRENT AND HX:
    Mental Health -- Current and Hx
    Mental Health Hx? (If yes, describe in Notes field) *Yes sexual abuse trauma on 8-29-15*
    Current suicidal ideation/plan? *No*
    Remove client from BradH Cohort [has been treated less than 3 times]? *No /*
    Does client need further treatment for mental illness? *Yes /*

### Examination

---

Patient: SANKARA, AHMADOU  DOB: 07/18/1970  Progress Note: Roman Trojanowski, LCSW  09/03/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...  9/4/2015

OBJECTIVE:
Objective:
= Sitting with peers, Pt appears to be functioning well on the unit, SOCIALIZING WITH PEERS, PT WAS WELL RELATED, PT APPEARED ALERT AND RESPONSIVE, PT COPING WELL, PT GOAL DIRECTED, PT INTERACTS W/O INCIDENT IN MH CLINIC, PT OBSERVED PRE AND POST MH INTERVIEW PT IS IN NO DISTRESS, Appearance & Hygiene good, eye contact strong, cooperative, Pt is A+OX3, Patient is stable on current medication regimen., Pt was casually dressed with good personal hygiene. Pt was cooperative and engaged with his treatment.

MENTAL STATUS:
Appearance:
= Chronological Age, Normal Weight, Well Dressed, Well Groomed

Mood:
= Euthymic (Normal Range)

Affect:
= Appropriate

Impulse control:
= Adequate

Thought process:
= Spontaneous, Organized, Goal Directed, Relevant

Perceptual disturbance:
= No Perceptual Distortions

Suicidal:
= No Suicidal Thoughts

Homicidal:
= No Homicidal Thoughts

Insight:
= Aware Accepts Treatment

Judgment:
= Adequate

RISK ASSESSMENT:
Risk Assessment
Does patient have (select all that apply and describe in Notes field): *none*
Is the patient imminently suicidal (consider hospitalization): *No*
What precautions are being taken to minimize risk: *Medications, Pt understands he may refer self to MH at any time should s/s return, Pt made aware he may return to MH at any time if s/s arise, MH tx, Pt denied thoughts of suicide/homicide*
Some risk factors for suicide: *N/A Incarceration, sexual trauma*

Patient: SANKARA, AHMADOU   DOB: 07/18/1970   Progress Note: Roman Trojanowski, LCSW   09/03/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...   9/4/2015



**SANKARA, AHMADOU**
NYSID: 11802841J BookCase: 3491502709
Facility Code: AMKC Housing Area: W17LA
45 Y old Male, DOB: 07/18/1970
2350 DAVIDSON AVE, BX, NY-10468
Insurance: Self Pay
Appointment Facility: Anna M. Kross Correctional Facility

09/03/2015

Appointment Provider: Theodora T Kay-Njemanze, MD

**Allergies**
Sustiva: dizziness: Side Effects

### Reason for Appointment
1. Injury # 1500

### History of Present Illness
Notes::
   Pt seen for above injury, pt stated that on august 29Th 2015 he felt he was sexually abused and rights were violated when he was asked to strip search in the gym and during which a rectal search was performed. Pt stated he felt uncomfortable and reported his case by calling 311 and prison rights advocate on 9/1/2015. pt denied ay bleeding/diff having a bowel movement or bowel incontinence.
TEMPLATES:

   Rikers Injury Report
Injury Report:
   General
      Injury Report #: *1500*
      Event Location: *Recreation space*
      Intentionality: *Unintentional*
      Cause: *other (specify)*
      Verified Injury: *Injury by history only*
      Did the patient have a blow to the head? *No*
      Did the patient ever lose consciousness? *No*
      Was the patient ever dazed and confused after injury? *No*
VISIT COMPLEXITY SCALE:
   NON-INTAKE ACUITY
   Non-Intake Acuity Scale *2: Complicated sick call (problem requiring diagnostic evaluation, documented history, physical exam, specified follow up) OR One chronic condition addressed with components specified in (3)*

### Vital Signs

| | BP | |
|---|---|---|
| 104/69 | 09/03/2015 01:12:38 AM | Theodora Kay-Njemanze |
| | Pulse | |
| 62 | 09/03/2015 01:12:38 AM | Theodora Kay-Njemanze |

Patient: SANKARA, AHMADOU   DOB: 07/18/1970   Progress Note: Theodora T Kay-Njemanze, MD   09/03/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...   9/4/2015



**SANKARA, AHMADOU**
NYSID: 11802841J  BookCase: 3491502709
Facility Code: AMKC  Housing Area: W17LA
45 Y old Male, DOB: 07/18/1970
2350 DAVIDSON AVE, BX, NY-10468
Insurance: Self Pay
Appointment Facility: Anna M. Kross Correctional Facility

08/28/2015

Appointment Provider: Habib Mohammad, MD

### Current Medications
Omeprazole 20 mg Capsule Delayed Release 1 tab Daily, stop date 09/18/2015
Reyataz 300 MG Capsule 1 tab Daily, stop date 10/19/2015
Truvada 200-300 MG Tablet 1 tab Daily, stop date 10/19/2015
Norvir 100 mg Tablet 1 tab Daily, stop date 10/19/2015
DiphenhydrAMINE HCl 25 MG Capsule 1 cap At Bedtime, stop date 09/19/2015
Remeron 15 MG Tablet 1 tab At Bedtime, stop date 09/19/2015
Multiple Vitamin APP Tablet 1 tab Daily, stop date 11/24/2015

### Past Medical History
2012- s/p GSW to abdomen. Lincoln Hospital
Heartburn
Heartburn
Adjustment disorder with mixed anxiety and depressed mood
Mood disorder NOS
Diagnosis deferred
Gastritis, unspecified, without mention of hemorrhage
Abnormal findings NEC
Bronchitis, not specified as acute or chronic
Insomnia
Drug addiction NOS
Allergy, unspecified
BMI 27.0-27.9,ADULT
MENTAL DISOR NOS OTH DIS
Diagnosis deferred

### Allergies
Sustiva: dizziness: Side Effects

### Reason for Appointment
1. Constipations.

### History of Present Illness
Notes::
C/O hard stool since 2012, as per him he started this problem after operation in 2012, S/P GSW in 2012, denies any fever, chills, nausea, vomiting diarrhea, also C/O abdominal pain on and off after operation, pain comes every after 3-4 days, lasts for 30 minutes to 1 hour, could not give details od pain, requesting stool softer.
VISIT COMPLEXITY SCALE:
  NON-INTAKE ACUITY
  Non-Intake Acuity Scale 3: Two Chronic Conditions addressed including narrative assessment and plan for each, f/u time frame specified, appropriate labs and referrals

### Vital Signs

| BP | | |
|---|---|---|
| 106/60 | 08/28/2015 03:15:12 PM | Habib Mohammad |
| **Pulse** | | |
| 69 | 08/28/2015 03:15:12 PM | Habib Mohammad |
| **RR** | | |
| 12 | 08/28/2015 03:15:12 PM | Habib Mohammad |
| **Temp** | | |
| 98.1 | 08/28/2015 03:15:12 PM | Habib Mohammad |

### Examination
General Examination:
  GENERAL APPEARANCE: no acute distress.
  HEENT: normocephalic, **EYES:-**, PERRLA.
  ORAL CAVITY: moist mucous membranes.
  NECK: supple, no lymphadenopathy, no JVD.
  HEART: RATE:-, regular, HEART SOUNDS:-, normal S1S2, MURMURS:-, none.

Patient: SANKARA, AHMADOU  DOB: 07/18/1970  Progress Note: Habib Mohammad, MD  08/28/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...  9/4/2015

Dear NaNa,

AS-Salámu Alaikum WA-RAHmatul-lAH
(In the name of GOD, most Gracious, most merciful)

I am writing this letter concerning me & my relationship with my children as well as the future. I wan to ask yu how my children are doing. Please understand that I am not the one creating my destiny; because Allah wrote our destiny before we were born. Forgive me for everything that happened in the past. I would like to have a connection with my children because that's in the best interest for them.

I changed my life like a newborn... I plan to carry my life differently for when I get out, hopefully soon. Please understand that as a muslim I would like to educate my children the way my father educated me. Every Friday I was taking you & my son to Juma service/prayer. I was reminding all the time to wake up for prayer. I am not a bad person, please don't think I am going to hurt you. You the Mother of my beautiful children. But I wan yu to understand that I will never accept anybody to hurt you.

I came from woman & I respect my mother so much, Thats why I am blessed. This life is not gauratee for nobody on this Earth even if you are 200 years old or a billion dollars... The day after tommorow is gauranted for the Believers who believe in 1 Allah... Most Gracious, Most Mercifull I would like to remind nourdine to study & to pray 5 times a day. The meaning of the name nourdine is the light of our Religion. I plan for nourdine to become somebody Big in his life & someone special :)

as well as the day after. And also remind our daughter Mahawa who's name is the meaning for the Mother of all mankind & the wife of Adam (AS) our Father. To pray 5 times a day.

I dream of one day to see Mahawa forfill the destiny that Allah has written for her life & in the day after tommorow. Remind your other children to pray 5 times a day. Because if you don't remind them you will be Judged in the day after.

And you NaNa the mother of our beautiful children please set an example & pray 5 times a day so the children can look at you & follow in your foot steps.

Seek help from only Allah & do not seek from others because if you seek from other beliefs then you will be punished (you & them) in the day after. To remind believers benefits believers. Who Allah guides nobody can misguide, who Allah misguides nobody can guide. Only Allah has the power to change your destiny if anyone is misguided. Anyone can ask Allah to guide them & he will grant you guidance.

I want to know if yu have pictures of the children plus I want to thank yu for everything you have done for my children. I wan yu to know that I have a lot of $$ money coming for me & my children Because I have several lawsuits currently pending. I wan yu to get in touch with my lawyer for my lawsuits in case something happens to me so that the money can go to my children & my

**WITNESS ① KADY CISSE** ONE COPY 347-822-9354

**WITNESS ② AZIZ ABDOUL** ONE COPY 001-23-90642

**WITNESS ③ SAL BAMBA** ONE COPY 212-749-6565

**SAKO YOSSEF** ONE COPY
**WITNESS ④** 347-878-3186

family. Make sure you review all the documents & please keep this letter because I have notarized it just in case something happens to me, my Kids & my Family can share it. I wan everybody to have an equal percent of the money. The names of those that will share the money are.

Aicha Sankara D.O.B Nov 2, 1993 daughter 01225486141
Nourdine Sankara D.O.B Nov 4, 2003 son
Mahawa Sankara D.O.B Nov 6, 2006 daughter
Salimata Sankara, Kone    phone # 011225-0545760 sister
Issa Sankara, Conde phone # 011225 0674-3489 Brother

① AHMADOU SANKARA
CLAIM NUMBER
#2015 P10285

② AHMADOU SANKARA CLAIM
15·CV·7761

③ AHMADOU SANKARA CLAIM
15·CV·6928

④ AHMADOU SANKARA CLAIM
15·CV·5046

AHMADOU SANKARA
⑤ ILLISSA HAVE CLAIM
ONE CLAIM NUMBER
212-691-3333

Thank you for taking the time to Read this letter Nana. May Allah Bless you & your Family. And may Allah Grant us Paradise.

HAVE 5 LAWSUITS PENDING + MOR     Sincerely
AND I WAITING FOR CLAIM NUMBER   SANKAR AHMADOU
P.S. YOU CAN GET IN TOUCH WITH MY LAWYER OCTOBER 20 2015
ABOUT MY LAWSUITS

10/21/15

[signature]

NKECHI IGBO
NOTARY PUBLIC - STATE OF NEW YORK
No. 01IG6163948
Qualified in Queens County
My Commission Expires April 09, 2016

KEEP THIS INFORMATION TO YOUSSELF BECAUSE THAS THE BEST INTEREST FOR THE CHILDREN. ALSO DON'T FORGE TO TELL CHILDREN TO STUDY REA QURAN INSHA ALLAH
TANK YOU

pg 3

1

Kone - Sankara - Ahmadou           Oct 20, 2015

To: Nourdine Kone Sankara           November, 4, 2003
    Mahawa Kone Sankara            November 6, 2006

Asalamouhalekoum Nourdine and Mahawa this is your Father Ahmed. It's been a long time since I've seen you all. please dont get mad at me you or your sister Because Alah wrote this destine, that this was going to happen. I Love all of you with all my heart I promiss to see you all very soon. Thats an order from ALAH. I know you still remember sleeping on my chest everynight before I went away. you know I love you and mahawa so, so much. my father love me so much so I love my kids the same. I want to remind you both you all came to this earth to have a good education and to pray 5 times a day to ALAH. And to believe in one ALAH, also to believe in His Angels, and believe his mesingers. and his book also. you both should studie and Read the Quran and bible. At the age 7 my father teach me how to pray and to believe in one GOD. you must remember ALAH brang us here and one day He will take us back. Everyone has their day only ALAH knows the last day. Remember to always do good and respect your mother and your father and each other and also your step father. Remember to always be patien. ALAH says in the Quran patient people is his best friend what every they want he shall give them and grants ➔

NEd

them, Make sure you pray 5 times a day. Remind your sister and brother to pray 5 times a day also. Always have respect to everyone when you speak and donot curse. Remind your mom not to curse, you have angels looking over you what ever you do right or wrong they will see. So remember to live a good life. Never look for trouble, sometimes trouble will find you remember to walk away. Never be agressive to no one. Remember you have a sister Aicha Kone Sankara D.O.B November 2nd 1993. She's in Africa. See you all soon. Everyone will come at one day. I have a Dream and one day it will come trew. I have a lawsuit pendening once everything goes trew I have a plan for all my children and my family. If everything goes how I wish I want you and your sister to go to private school. I will love to pay for the rest of you all education. I will also open a saving account for all of us. Nourdine you already have a saving account in T.D Bank from me. I will also take care of the rest of my family. I wish to buy a house for you all, If everything go's as planed. You all should pray for me everyday and I do pray for you all everyday. From to day on you should pray 5 times a day. I Love you all very much. ☺

Tell your mom to give you all my legal-lawsuit information and save it in the computer.   SANKARA AHMADOU

AHMADOU SANKARA
34915028708
15 19 HAZEN STREET
EAST ELMHURST, NY 11370

pls mail

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET NEW YORK
10007-1312